*General Fahy, Assistant Attorney General Berge,* and *Messrs. Charles H. Weston, W. T. Kelley,* and *Jos. J. Smith, Jr.* for respondent.

No. 136. STONEBREAKER *v.* SMYTH, SUPERINTENDENT. October 16, 1944. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied. *Mr. William Alfred Hall, Jr.* for petitioner. *Messrs. Abram P. Staples,* Attorney General of Virginia, and *M. Ray Doubles,* Assistant Attorney General, for respondent.

No. 178. COUCHOIS *v.* UNITED STATES. October 16, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Osmond K. Fraenkel* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Robert S. Erdahl* and *W. Marvin Smith* for the United States.

No. 339. WOODWARD *v.* RAGEN, WARDEN. October 16, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 341. NEELY *v.* UNITED STATES. October 16, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Neil Burkinshaw* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Miss Beatrice Rosenberg* for the United States. Reported below: 144 F. 2d 519.